IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
OCT 13 2006
By _____ Deputy
J.T. NOBLIN, CLERK

CARL GREEN AND MARGARET GREEN                                    PLAINTIFFS

VS.                              CIVIL ACTION NO. 1:06-cv-387-LTS-JMR

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                 DEFENDANT

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came before the Court at the joint request of the Plaintiffs, Carl Green and Margaret Green, and the Defendant, Allstate Property and Casualty Insurance Company, for a judgment dismissing any and all of the Plaintiffs' claims whatsoever against the Defendant, Allstate Property and Casualty Insurance Company. The Court has been informed that any and all of the claims of Carl Green and Margaret Green against the Defendant, Allstate Property and Casualty Insurance Company, have been fully compromised and settled by the payment to the Plaintiffs, Carl Green and Margaret Green, of a sum of money satisfactory to them, and that there remain no issues whatsoever to be litigated as to the claims of Carl Green and Margaret Green against the Defendant, Allstate Insurance Company.

All parties have consented to the entry of this Judgment and, as evidenced by the signatures below of the parties' respective counsel of record, agree that any and all of the claims of the

Plaintiffs, Carl Green and Margaret Green, against the Defendant, Allstate Property and Casualty Insurance Company, should be dismissed with prejudice. Therefore, the Court finds that any and all of the claims of the Plaintiffs, Carl Green and Margaret Green, against the Defendant, Allstate Property and Casualty Insurance Company, should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all of the claims of the Plaintiffs, Carl Green and Margaret Green, against the Defendant, Allstate Property and Casualty Insurance Company, should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 13th day of October, 2006.

SENIOR U. S. DISTRICT COURT JUDGE

AGREED AND CONSENTED TO:

_____
DAVID W. DOGAN, III ESQUIRE (MSB # 6143)
ATTORNEY FOR PLAINTIFFS, CARL GREEN AND MARGARET GREEN

_____
WILLIAM C. GRIFFIN, ESQ. (MSB #5021)
AMANDA B. QUAVE, ESQ. (MSB #100804)
ATTORNEYS FOR ALLSTATE INSURANCE COMPANY